UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ISAAC MANUEL DIAZ, et al.,

                Plaintiffs,

      -against-                              25-cv-5112 (LAK)

KIA EXPRESS LLC, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        No amended notice of removal having been filed, this action is remanded to the court from which it was removed for lack of sufficient allegations to establish subject matter jurisdiction.

        SO ORDERED.

Dated:      August 26, 2025

                                                      /s/      Lewis A. Kaplan
                                        _____
                                                   Lewis A. Kaplan
                                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/26/2025